UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 26-9109-DMG (AYPx)** | Date | November 10, 2026 |
| Title | ***Adrina Mendoza v. City of Los Angeles, et al.*** | Page | 1 of 1 |

Present: The Honorable DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DEREK DAVIS | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER VACATING SCHEDULING CONFERENCE AND TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE**

On September 11, 2026, the Court set a Scheduling Conference. [Doc. # 10.] As required by that Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel for each party had to collaborate, prepare, and file a **Joint** Rule 26(f) Report, attaching a worksheet (Exhibit A). The parties' joint report was due November 6, 2026.

The report that Defendant filed on November 6, 2026 is unilateral. Plaintiff did not participate in it. Defense counsel states that he has made multiple attempts to reach Plaintiff's counsel by phone and email but has been unsuccessful. [Doc. # 12 at 1.] Accordingly, the Court **VACATES** the Scheduling Conference scheduled for November 20, 2026, to be rescheduled if necessary.

**IT IS HEREBY ORDERED** that Plaintiff shall show cause by **November 24, 2026** why this action should not be dismissed without prejudice for failure to prosecute and to comply with a court order. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response. **Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

**IT IS SO ORDERED.**